

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

1000 Louisiana St., Suite 2300
Houston, Texas 77002     Phone (713)567-9000

February 4, 2016

Cristina Sustaeta, Case Manager
U.S. District Judge Andrew S. Hanen
U.S. District Clerk's Office
600 East Harrison St., #101
Brownsville, TX  78520

    RE:    Border Fence Cases:  Civil No. 1:10-CV-186; *United States of America v. 17.924 Acres of Land, more or less, situated in Cameron County, State of Texas, and United States of America as Successor in Interest to Cameron County Irrigation District No. 2, et al.*

Dear Ms. Sustaeta:

    Pursuant to Judge Hanen's instructions to counsel at the hearing on December 2, 2015 regarding L & W Limited Partnership's Objection to Title, the attorney for First Oro Management, Inc., Mr. Rigoberto Flores Jr. has advised in writing that First Oro is in agreement that the particular tract of land in issue is owned by L & W. Accordingly, Mr. Flores states that First Oro will not be litigating the ownership of this tract. As a result of Mr. Flores's letter the parties are advising the Court that this particular issue is now resolved.

    If you should have any questions, please do not hesitate to contact our office.

    Sincerely,

By:    /s/ *William E. Yahner*
        **WILLIAM E. YAHNER**
        Assistant United States Attorney

By:    *E. Paxton Warner*
        **E. PAXTON WARNER**
        Assistant United States Attorney

By:    *John A. Smith III*
        **JOHN A. SMITH, III**
        Deputy Chief Assistant United States Attorney

By: *s/Lance Kirby* **by William E. Yahner with permission**
**LANCE KIRBY**
**L & W Limited Partnership**
Jones, Galligan, Key & Lozano, L.L.P
2300 West Pike Boulevard, Suite 300
Weslaco, Texas 78596


By: *s/Rigoberto Flores, Jr.,* **by William E. Yahner with permission**
**RIGOBERTO FLORES, JR.**
**First Oro Management, Inc.**
**Law Office of Rigoberto Flores, Jr.**
914 East Van Buren St.
Brownsville, Texas   78520